UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

VINCENT R. COCCOLI, SR.,
    Plaintiff,

    v.                                                          CIVIL ACTION NO.
                                                               13-12757-MBB

ALFRED DAPRATO,
FREDAP, INC. and
FREDAP REALTY TRUST,
    Defendants.

**FINAL JUDGMENT**

**April 26, 2016**

**BOWLER, U.S.M.J.**

    The issues having been duly heard, a decision rendered by this court and a stipulation of dismissal with prejudice filed, it is **ORDERED** and **ADJUDGED** that plaintiff Vincent R. Coccoli, Sr. take nothing from defendants Alfred Daprato, FREDAP, Inc. and FREDAP Realty Trust and that this action be **DISMISSED** with prejudice.

                                            /s/ Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge